# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| EAGLE HOME MORTGAGE, LLC, <br> Plaintiff, <br> v. <br> MMCR MORTGAGE, LLC, et al., <br> Defendants. | No. C08-1428RSL <br><br> ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. The complaint in the above-captioned matter was filed on September 24, 2008. To date, service of the summons and complaint has not been made on defendants as required by Fed. R. Civ. P. 4(m). Plaintiff is hereby ORDERED to show cause why the complaint should not be dismissed. Plaintiff shall file a responsive brief no later than February 12, 2009.

DATED this 28th day of January, 2009.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE