UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EAGLE HOME MORTGAGE, LLC,

Plaintiff,

v.

MMCR MORTGAGE, LLC, *et al.*,

Defendants.

Case No. C08-1428RSL

ORDER DISMISSING
DEFENDANT PERAZA
AND VACATING ORDER
TO SHOW CAUSE

This matter comes before the Court *sua sponte*. On September 24, 2008, plaintiff filed its complaint. On January 28, 2009, the Court ordered plaintiff to show cause why the complaint should not be dismissed for failure to serve defendants within 120 days after the complaint was filed. Fed. R. Civ. P. 4(m).

Plaintiff has responded to the order to show cause and shown that it has served defendants MMCR Mortgage, LLC and Claudia Corrales. Dkt. #13. However, plaintiff states that it has been unable to serve defendant Maribel Peraza because she "has not been found in the State of Arizona." Declaration of Scott Burke, (Dkt. #13) at ¶ 8. Plaintiff has not requested additional time to attempt to serve Peraza or shown good cause for the failure to do so.

ORDER - 1

Accordingly, the action against Ms. Peraza is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 4(m). In light of plaintiff's response to the order to show cause, that order (Dkt. #12) is vacated.

DATED this 6th day of February, 2009.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 2